## GREEN v. DOLESE BROS. CO.

No. 13557—Opinion Filed March 13, 1923.

(Syllabus.)

**Appeal and Error — Dismissal — Want of Prosecution.**

Appeal dismissed for reason stated in opinion.

Appeal from State Industrial Commission.

From action of Industrial Commission Wm. Green brings error. Appeal dismissed.

W. F. Freeman and Sam H. Butler, for claimant.

Wilson, Tomerlin & Threlkeld, for respondent.

KANE, J. The record shows that the case was regularly submitted at the October, 1922, term of this court and that no brief has been filed therein by either party within the time allowed by law or any rule of this court.

For this reason, the appeal is dismissed for want of prosecution.

JOHNSON, V. C. J., and McNEILL, KENNAMER, NICHOLSON, and BRANSON, JJ., concur.